TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) <br> ) <u>COUNT 1</u>: <br> ) POSSESSION WITH INTENT TO <br> ) DISTRIBUTE COCAINE BASE |
| vs. | )   Vio. 21 U.S.C. §§ 841(a)(1) & <br> ) (b)(1)(B) |
| SHANNON PRINCE, | ) <br> ) |
| Defendant. | ) <br> ) |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about October 19, 2005, within the District of Alaska, the defendant,

SHANNON PRINCE, did knowingly and intentionally possess with intent to distribute a

mixture and substance containing a detectable amount of cocaine base, weighing 5 grams

or more, all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

    A TRUE BILL.

S/ Grand Jury Foreperson
GRAND JURY FOREPERSON

S/ Stephan A. Collins for
FRANK V. RUSSO
Assistant U.S. Attorney


S/ Timothy Burgess
TIMOTHY M. BURGESS
United States Attorney


DATED: 12/14/05