FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 15 AM 11: 28

TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No.  A05-117 CR (JWS) |
| ) | |
| SHANNON PRINCE, ) | PETITION FOR WRIT OF |
| ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

SHANNON PRINCE, who is imprisoned by the State of Alaska Department of Corrections, at the Anchorage Correctional Center -West in Anchorage, Alaska, is a defendant in a certain cause now pending before this court, to wit: United States of America v. Shannon Prince, Case No. A05-117 CR (JWS), which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in

3

Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

TIMOTHY M. BURGESS
United States Attorney

DATED: 12/15/05

*/s/ Stephan Collins*
STEPHAN A. COLLINS
Assistant U.S. Attorney