

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FILED
DEC 16 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

UNITED STATES OF AMERICA   v.   SHANNON PRINCE

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                    CASE NO. A05-0117 CR (JWS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 16, 2005

**ARRAIGNMENT** in the above-captioned case is hereby set for **Tuesday, December 20, 2005, at 11:00 a.m.** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

A05-0117--CR (JWS)   AM 12-16-05
-----------------------------------------
T. RUSSO (USA)
US MARSHAL
US PROBATION
def w/USM cy

[]{ARRAIGNR.WPD*Rev.3/97}                                    5