```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs SHANNON PRINCE              CASE NO. A05-0117-CR (JWS)
Defendant: X Present   X In Custody

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       ELISA SINGLETON

UNITED STATES ATTORNEY:      STEPHAN COLLINS

DEFENDANT'S ATTORNEY:        MIKE DIENI, friend of the court

U.S.P.O.:                    CHRIS LIEDIKE

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT - HELD 12/20/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:04 a.m. court convened.

X Copy of Indictdment given to defendant: read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: Same as Above       Age: _____

X Financial Affidavit filed.
   X Federal Public Defender to appoint CJA counsel; FPD notified.

X Defendant detained/Detention Hearing set for Dec. 22, 2005 at
   11:15 a.m.; Order of Detention Pending Hearing **FILED**.

X OTHER: Continued Arraignment/Status of Counsel/Detention
Hearing set for **December 22, 2005 at 11:15 a.m.**

Adjourned at 11:13 a.m.

DATE: December 20, 2005     DEPUTY CLERK'S INITIALS:    ES

05/00