MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs SHANNON PRINCE               CASE NO. A05-0117-CR (JWS)
Defendant: X Present    X In Custody

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      ELISA SINGLETON

UNITED STATES ATTORNEY:       STEPHAN COLLINS

DEFENDANT'S ATTORNEY:        JOHN MURTAGH

U.S.P.O.:                   CHRIS LIEDIKE

PROCEEDINGS: CONTINUED ARRAIGNMENT/DETENTION/STATUS OF COUNSEL
         HEARING - HELD 12/22/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:16 a.m. court convened.

X Copy of Indictment previously read to defendant.

X Defendant advised of general rights; waived full advisement.

X Defendant advised of charges and penalties.

X Defendant states true name: Same as Above         Age: 27

X PLEA Not Guilty to Count 1 of the Indictment.

X  Defendant detained.  Order of Detention Pending Trial **FILED.**

X Pretrial motions due **January 11, 2006;** Order Regarding
    Preparation for Trial **FILED.**

X Counsel advised of trial date: **February 13, 2006**

X OTHER: Mr. Murtagh filed an Entry Of Appearance.

Adjourned at 11:21 a.m.

DATE: December 20, 2005    DEPUTY CLERK'S INITIALS:    ES