John M. Murtagh
1101 West 7th
Anchorage, Alaska  99501
(907) 274-8664
Counsel for defendant

FILED
DEC 2 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |

Case No. A05-0117- CR (JWS)

### ENTRY OF APPEARANCE

John M. Murtagh hereby enters his appearance on behalf of defendant, and requests that all further pleadings, notices and other materials in this case be served upon him at 1101 West 7th Avenue, Anchorage, Alaska 99501.

Dated at Anchorage, Alaska this 21st day of December, 2005.

John M. Murtagh
Bar Number 7610119

CERTIFICATE OF SERVICE

JOHN M. MURTAGH
ATTORNEY AT LAW
1101 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 274-8664

This is to certify that a true and correct copy of this Entry of Appearance was served by mail/hand/fax upon the Office of the United States Attorney ~~counsel for codefendant,~~ and Pretrial Services on the 22nd day of December, 2005

*John Murtagh*
Law office of John M. Murtagh

JOHN M. MURTAGH
ATTORNEY AT LAW
1101 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 274-8664