John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. A05-0117- CR (JWS)

MOTION TO SUPPRESS PROCEEDS OF WARRANTLESS
ARREST AND SEARCH AND REQUEST FOR
EVIDENTIARY HEARING THEREON

COMES NOW, Shannon Prince, by and through his attorney, John M. Murtagh, and hereby moves this Court for the entry of an order suppressing the proceeds of a warrantless stop, arrest and search of him conducted on October 19, 2005. An evidentiary hearing is requested. ( Proposed order attached. ) This motion is made pursuant to the Fourth Amendment to the Constitution of the United States.

*Summary of facts*

Discovery materials indicate that on October 19, 2005, APD Officer Clark initiated a traffic stop on a vehicle allegedly driven by Mr. Prince. According to the officer's report, this escalated into an on foot chase and arrest of Mr. Prince. After he was arrested, Officer Clark touched the exterior of Mr. Prince's clothes. He touched something that he " could not identify". At that point, he took the items from Mr. Prince's pockets. The drugs at issue in this case are one of those items taken.

*Summary of legal authority*

Controlling authority can be found in <u>United States v. Robinson,</u> 414 U.S. 218, 38 L.Ed.2d 427, 94 S.Ct. 467 ( 1973). The federal test focuses on the lawfulness of the arrest: " it is the fact of the lawful arrest which establishes the authority to search, and we hold that in the case of a lawful custodial arrest a full search of the person is not only an exception to the warrant requirement of the Fourth Amendment, but is also a "reasonable" search under that Amendment. " (at 235 )

Therefore, it is incumbent on the United States to demonstrate that a "Lawful custodial arrest" took place on October 19, 2005.

This must be done at an evidentiary hearing where Prince has the

opportunity to examine the testimony.

Excludable delay. Excludable delay will be generated by the filing and resolution of this Motion.

Dated at Anchorage, Alaska this 11th day of January, 2006.

        s/[John M. Murtagh]
        John M. Murtagh
        1101 West 7th Avenue
        Anchorage, Alaska 99501
        Phone: (907)-274-8664
        Fax:(907)-258-6419
        Email:jmmalaska@hotmail.com
        Bar Number 7610119

CERTIFICATE OF SERVICE
I certify that on January 11, 2005 a copy
of the foregoing motion to suppress, affidavit
and proposed order were served electronically
on the Office of the United States Attorney

s/[John M. Murtagh]