John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. A05-0117- CR (JWS)

AFFIDAVIT IN SUPPORT
MOTION TO SUPPRESS PROCEEDS OF WARRANTLESS
ARREST AND SEARCH AND REQUEST FOR
EVIDENTIARY HEARING THEREON

| | |
|---|---|
| State of Alaska | ) |
| | ) ss. |
| 3rd Judicial District | ) |

John M. Murtagh, being first duly sworn upon oath deposes and states:

(1) I am counsel for Mr. Prince

(2) a review of the discovery materials demonstrates that there was no warrant for the arrest of Mr. Prince, nor was there a warrant to search

his pockets.

       Further affiant saieth naught

                                                _____
                                                <u>S/JOHN M. MURTAGH</u>

Sworn to and subscribed before me
this 11th day of January, 2006

_____
s/Angela Waalkes
Notary Public in and for Alaska
My commission expires: 6/25/09