IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. A05-0117- CR (JWS)

***PROPOSED*** ORDER SETTING HEARING ON
MOTION TO SUPPRESS PROCEEDS OF WARRANTLESS
ARREST AND SEARCH

Based upon the foregoing motion, the response of the United States and for good cause shown, it is hereby ordered than an evidentiary hearing on Prince's Motion to Suppress will be held on the _____day of January, 2006 at _____o'clock.

Dated at Anchorage, Alaska this _____day of January, 2006.

By the Court


_____
John D. Roberts
United States Magistrate Judge