

# ANCHORAGE POLICE DEPARTMENT
## POLICE REPORT

Offense Level FEL    Case Number: 05-47713

| INCIDENT DATA | DATE/TIME OF REPORT | CAD OFFENSE | OFFICER NAME | APPROVING SUPERVISOR NAME | CASE NUMBER |
|---|---|---|---|---|---|
| | 10/19/05 2:35 | MICS | Clark, Troy J 27073 | Spadafora Kenneth J 03 | 05-47713_ |

| REPORT TYPE | Incident Number |
|---|---|
| Original | |

| LOCATION OF INCIDENT | | DISTRICT | AREA |
|---|---|---|---|
| Reported address  5th and Hyder Anchorage, AK 99509 | | Central | 02 |
| Actual address    5th and Hyder Anchorage, AK 99509 | | | |

| DATE/TIME OF INCIDENT | OFFENSE | CRIME STATUS | NCIC | STATE CODE/ MUNICIPAL CODE |
|---|---|---|---|---|
| 10/19/05 2:35 | MICS 3-deliver/poss w/intent IIA, IIIA | Completed | 3599C | AS11.71.030(A)(1) |

| LOCATION TYPE | BIAS MOTIVATION | TARGET OF CRIME | POINT OF ENTRY | ENTRY METHOD |
|---|---|---|---|---|
| Highway/Road/Alley | | | | |

| WEAPON | EVIDENCE | MODUS OPERANDI | CRIMINAL ACTIVITY |
|---|---|---|---|
| | | | Distribution/Selling |

| DATE/TIME OF INCIDENT | OFFENSE | CRIME STATUS | NCIC | STATE CODE/ MUNICIPAL CODE |
|---|---|---|---|---|
| 10/19/05 2:35 | 28.35.182A FAIL TO STOP-OFFICERS DIRECTION - FEL | Completed | | 28.35.182(A) |

| LOCATION TYPE | BIAS MOTIVATION | TARGET OF CRIME | POINT OF ENTRY | ENTRY METHOD |
|---|---|---|---|---|
| Highway/Road/Alley | | | | |

| WEAPON | EVIDENCE | MODUS OPERANDI | CRIMINAL ACTIVITY |
|---|---|---|---|
| | | | |

| DATE/TIME OF INCIDENT | OFFENSE | CRIME STATUS | NCIC | STATE CODE/ MUNICIPAL CODE |
|---|---|---|---|---|
| 10/19/05 2:35 | Drive w/License Canc/Susp/Revoked/Limited | Completed | 5499 | AS28.15.291(A)(1) |

| LOCATION TYPE | BIAS MOTIVATION | TARGET OF CRIME | POINT OF ENTRY | ENTRY METHOD |
|---|---|---|---|---|
| Highway/Road/Alley | | | | |

| WEAPON | EVIDENCE | MODUS OPERANDI | CRIMINAL ACTIVITY |
|---|---|---|---|
| | | | |

| DATE/TIME OF INCIDENT | OFFENSE | CRIME STATUS | NCIC | STATE CODE/ MUNICIPAL CODE |
|---|---|---|---|---|
| 10/19/05 2:35 | Leave Scene of Accid - vehicle damage | Completed | 5401 | AS28.35.050(B) |

| LOCATION TYPE | BIAS MOTIVATION | TARGET OF CRIME | POINT OF ENTRY | ENTRY METHOD |
|---|---|---|---|---|
| Highway/Road/Alley | | | | |

| WEAPON | EVIDENCE | MODUS OPERANDI | CRIMINAL ACTIVITY |
|---|---|---|---|
| | | | |

| DATE/TIME OF INCIDENT | OFFENSE | CRIME STATUS | NCIC | STATE CODE/ MUNICIPAL CODE |
|---|---|---|---|---|
| 10/19/05 2:35 | Resist/Interfere Arrest -by force | Completed | 4801 | AS11.56.700(A)(1) |

| LOCATION TYPE | BIAS MOTIVATION | TARGET OF CRIME | POINT OF ENTRY | ENTRY METHOD |
|---|---|---|---|---|
| Highway/Road/Alley | | | | |

| WEAPON | EVIDENCE | MODUS OPERANDI | CRIMINAL ACTIVITY |
|---|---|---|---|
| | | | |

| DATE/TIME OF INCIDENT | OFFENSE | CRIME STATUS | NCIC | STATE CODE/ MUNICIPAL CODE |
|---|---|---|---|---|
| 10/19/05 2:35 | Assault 4 - recklessly injure | Completed | 1399D | AS11.41.230(A)(1) |

| LOCATION TYPE | BIAS MOTIVATION | TARGET OF CRIME | POINT OF ENTRY | ENTRY METHOD |
|---|---|---|---|---|
| Highway/Road/Alley | | | | |

| WEAPON | EVIDENCE | MODUS OPERANDI | CRIMINAL ACTIVITY |
|---|---|---|---|
| None | | | |

| DATE/TIME OF INCIDENT | OFFENSE | CRIME STATUS | NCIC | STATE CODE/ MUNICIPAL CODE |
|---|---|---|---|---|
| 10/19/05 2:35 | Reckless Driving | Completed | 5499 | AS28.35.040 |

| LOCATION TYPE | BIAS MOTIVATION | TARGET OF CRIME | POINT OF ENTRY | ENTRY METHOD |
|---|---|---|---|---|
| Highway/Road/Alley | | | | |

| WEAPON | EVIDENCE | MODUS OPERANDI | CRIMINAL ACTIVITY |
|---|---|---|---|
| | | | |

000000005