AK ST S 28.35.182                                                                                                         Page 1
AS 28.35.182
C

ALASKA STATUTES
Title 28. Motor Vehicles.
Chapter 35. Offenses and Accidents.
Article 5. Miscellaneous Offenses.
Sec. 28.35.182 Failure to stop at direction of peace officer.

(a) A person commits the offense of failure to stop at the direction of a peace officer in the first degree if the person violates (b) of this section, and, during the commission of that offense,

(1) the person violates AS 28.35.040;

(2) the person is committing vehicle theft in the first or second degree; or

(3) as a result of the person's operation or driving, an accident occurs or a person suffers serious physical injury; in this paragraph, "serious physical injury" has the meaning given in AS 11.81.900.

(b) A person commits the offense of failure to stop at the direction of a peace officer in the second degree if the person, while driving or operating a vehicle or motor vehicle or while operating an aircraft or watercraft, knowingly fails to stop as soon as practical and in a reasonably safe manner under the circumstances when requested or signaled to do so by a peace officer.

(c) In a prosecution under this section, it is an affirmative defense, if the peace officer, when requesting or signaling the defendant to stop,

(1) was operating a vehicle, motor vehicle, aircraft, or watercraft, and the vehicle, motor vehicle, aircraft, or watercraft

(A) did not meet lighting and audible signaling requirements of law for law enforcement vehicles; and

(B) was not marked appropriately so that a reasonable person would recognize it as a law enforcement vehicle; or

(2) was not operating a vehicle, motor vehicle, aircraft, or watercraft, and the peace officer was not wearing the uniform of office or displaying a badge or other symbol of authority so as to be reasonably identifiable as a peace officer.

(d) In this section,

(1) "knowingly" has the meaning given in AS 11.81.900;

(2) "signal" means a hand motion, audible mechanical or electronic noise device, visual light device, or combination of them, used in a manner that a reasonable person would understand to mean that the peace officer intends that the person stop.

(e) Failure to stop at the direction of a peace officer in the first degree is a class C felony punishable as provided in AS 12.55. Failure to stop at the direction of a peace officer in the second degree is a class A misdemeanor.

(§ 1 ch 66 SLA 1984; am § 1 ch 136 SLA 1998; am § 1 ch 93 SLA 2002)

HISTORICAL NOTES

Effect of amendment. -- The 1998 amendment, effective September 23, 1998, rewrote this section.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

The 2002 amendment, effective June 28, 2002, rewrote subsection (a).

A. S. **28.35.182**, AK ST § **28.35.182**

Current through all 2004 Sessions, Annotations through Opinions Decided as of September 17, 2004.

Copyright 2005, Alaska Statutes, 2005 by The State of Alaska and Matthew Bender

& Company, Inc. a member of the LexisNexis Group.

All Rights Reserved.

END OF DOCUMENT

ALASKA STATUTES
Title 28. Motor Vehicles.
Chapter 15. Drivers' Licenses.
Article 5. Driver License Violations.
Sec. 28.15.291 Driving while license canceled, suspended, revoked, or in violation of a limitation.

(a) A person is guilty of a class A misdemeanor if the person

(1) drives a motor vehicle on a highway or vehicular way or area at a time when that person's driver's license, privilege to drive, or privilege to obtain a license has been canceled, suspended, or revoked in this or another jurisdiction; or

(2) drives in violation of a limitation placed upon that person's license or privilege to drive in this or another jurisdiction.

(b) Upon conviction under (a) of this section, the court

(1) shall impose a minimum sentence of imprisonment

(A) if the person has not been previously convicted, of not less than 10 days with 10 days suspended, including a mandatory condition of probation that the defendant complete not less than 80 hours of community work service;

(B) if the person has been previously convicted, of not less than 10 days;

(C) if the person's driver's license, privilege to drive, or privilege to obtain a license was revoked under circumstances described in AS 28.15.181(c)(1), or if the person was driving in violation of a limited license issued under AS 28.15.201(d) following that revocation, of not less than 20 days with 10 days suspended, and a fine of not less than $500, including a mandatory condition of probation that the defendant complete not less than 80 hours of community work service;

(D) if the person's driver's license, privilege to drive, or privilege to obtain a license was revoked under circumstances described in AS 28.15.181(c)(2), (3), or (4) or if the person was driving in violation of a limited license issued under AS 28.15.201(d) following that revocation, of not less than 30 days and a fine of not less than $1,000;

(2) may impose additional conditions of probation;

(3) may not

(A) suspend execution of sentence or grant probation except on condition that the person serve a minimum term of imprisonment and perform required community work service as provided in (1) of this subsection;

(B) suspend imposition of sentence;

(4) shall revoke the person's license, privilege to drive, or privilege to obtain a license, and the person may not be issued a new license or a limited license nor may the privilege to drive or obtain a license be restored for an additional period of not less than 90 days after the date that the person would have been entitled to restoration of driving privileges; and

(5) may order that the motor vehicle that was used in commission of the offense be forfeited under AS 28.35.036.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(c) In this section, "previously convicted" means having been convicted in this or another jurisdiction, within 10 years preceding the date of the present offense, of a violation of this section, of AS 28.33.150, or another law or ordinance with substantially similar elements.

(§ 19 ch 178 SLA 1978; am §§ 10, 11 ch 77 SLA 1983; am § 22 ch 119 SLA 1990; am § 14 ch 3 SLA 1992; am § 7 ch 59 SLA 1993; am § 18 ch 60 SLA 2002)

HISTORICAL NOTES

Effect of amendment. -- The 1990 amendment, effective January 1, 1991, rewrote this section.

The 1992 amendment, effective April 1, 1992, inserted ", of AS 28.33.150," in subsection (c).

The 1993 amendment, effective July 1, 1993, inserted "or a limited license" in paragraph (b)(4).

The 2002 amendment, effective July 1, 2002, added paragraph (b)(5) and made related stylistic changes.

Editor's notes. -- Section 30, ch. 3, SLA 1992 provides that for the purposes of the amendment made to (c) of this section by § 14, ch. 3, SLA 1992, convictions for offenses committed before April 1, 1992 are considered previous convictions.

Section 12(a), ch. 59, SLA 1993 provides that the 1993 amendment to (b) of this section "applies to offenses that are committed after July 1, 1993." Section 12(b), ch. 59, SLA 1993 provides that "[s]tatutes amended or added by this Act that refer to previous convictions apply according to the terms of those statutes whether the previous convictions occurred before, on, or after July 1, 1993."

A. S. **28.15.291**, AK ST § **28.15.291**

Current through all 2004 Sessions, Annotations through Opinions Decided as of September 17, 2004.

Copyright 2005, Alaska Statutes, 2005 by The State of Alaska and Matthew Bender

& Company, Inc. a member of the LexisNexis Group.

All Rights Reserved.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

AK ST S 28.35.050  
AS 28.35.050  
C

Page 5

ALASKA STATUTES  
Title 28. Motor Vehicles.  
Chapter 35. Offenses and Accidents.  
Article 4. Duties Following Accidents.  
Sec. 28.35.050 Action of operator immediately after accident.

(a) An operator of a vehicle involved in an accident resulting in injury to or death of a person shall immediately stop the vehicle at the scene of the accident or as close to it as possible and return to, and remain at, the scene until the operator has fulfilled the requirements of AS 28.35.060.

(b) The operator of a vehicle involved in an accident resulting only in damage to a vehicle driven or attended by a person shall immediately stop the vehicle at the scene of the accident or as close to it as possible and return to, and remain at, the scene of the accident until the operator has fulfilled the requirements of AS 28.35.060.

(c) The operator of a vehicle involved in an accident resulting only in damage to a vehicle that is unattended shall immediately stop at the scene of the accident and undertake reasonable means and efforts to locate and notify the operator or owner of the damaged unattended vehicle of the name and address of the operator and owner of the vehicle striking the unattended vehicle. If the operator or owner of the unattended vehicle cannot be located then the operator shall leave in a conspicuous place in or upon the unattended vehicle, a writing stating the name and address of the operator and of the owner of the vehicle that struck the unattended vehicle and setting forth a statement of the circumstances of the accident.

(§ 50-5-5 a, b ACLA 1949; am § 1 ch 69 SLA 1960)

A. S. **28.35.050**, AK ST § **28.35.050**

Current through all 2004 Sessions, Annotations through Opinions Decided as of September 17, 2004.

Copyright 2005, Alaska Statutes, 2005 by The State of Alaska and Matthew Bender

& Company, Inc. a member of the LexisNexis Group.

All Rights Reserved.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

AK ST S 11.56.700 Page 6
AS 11.56.700
C

ALASKA STATUTES
Title 11. Criminal Law.
Chapter 56. Offenses Against Public Administration.
Article 5. Obstruction of Public Administration.
Sec. 11.56.700 Resisting or interfering with arrest.

(a) A person commits the crime of resisting or interfering with arrest if, knowing that a peace officer is making an arrest, with the intent of preventing the officer from making the arrest, the person resists personal arrest or interferes with the arrest of another by

(1) force;

(2) committing any degree of criminal mischief; or

(3) any means that creates a substantial risk of physical injury to any person.

(b) Resisting or interfering with arrest is a class A misdemeanor.

(§ 6 ch 166 SLA 1978)

A. S. 11.56.700, AK ST § 11.56.700

Current through all 2004 Sessions, Annotations through Opinions Decided as of September 17, 2004.

Copyright 2005, Alaska Statutes, 2005 by The State of Alaska and Matthew Bender

& Company, Inc. a member of the LexisNexis Group.

All Rights Reserved.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

ALASKA STATUTES
Title 11. Criminal Law.
Chapter 41. Offenses Against the Person.
Article 2. Assault and Reckless Endangerment.
Sec. 11.41.230 Assault in the fourth degree.

(a) A person commits the crime of assault in the fourth degree if

(1) that person recklessly causes physical injury to another person;

(2) with criminal negligence that person causes physical injury to another person by means of a dangerous instrument; or

(3) by words or other conduct that person recklessly places another person in fear of imminent physical injury.

(b) Assault in the fourth degree is a class A misdemeanor.

(§ 3 ch 166 SLA 1978; am § 6 ch 102 SLA 1980; am § 5 ch 143 SLA 1982)

HISTORICAL NOTES

Legislative history reports. -- For a report on Chapter 102, SLA 1980 (HCS CSSB 511), see 1980 Senate Journal Supplement, No. 44, May 29, 1980, or 1980 House Journal Supplement, No. 79, May 28, 1980.

A. S. **11.41.230**, AK ST § **11.41.230**

Current through all 2004 Sessions, Annotations through Opinions Decided
as of September 17, 2004.

Copyright 2005, Alaska Statutes, 2005 by The State of Alaska and Matthew Bender

& Company, Inc. a member of the LexisNexis Group.

All Rights Reserved.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

AK ST S 28.35.040 Page 8
AS 28.35.040
C

ALASKA STATUTES
Title 28. Motor Vehicles.
Chapter 35. Offenses and Accidents.
Article 3. Reckless and Negligent Driving.
Sec. 28.35.040 Reckless driving.

(a) A person who drives a motor vehicle in the state in a manner that creates a substantial and unjustifiable risk of harm to a person or to property is guilty of reckless driving. A substantial and unjustifiable risk is a risk of such a nature and degree that the conscious disregard of it or a failure to perceive it constitutes a gross deviation from the standard of conduct that a reasonable person would observe in the situation.

(b) A person convicted of reckless driving is guilty of a misdemeanor and is punishable by a fine of not more than $1,000 or by imprisonment for not more than one year or by both.

(c) Lawfully conducted automobile, snowmobile, motorcycle, or other motor vehicle racing or exhibition events are not subject to the provisions of this section.

(§ 50-5-4 ACLA 1949; am § 1 ch 182 SLA 1955; am § 1 ch 70 SLA 1961; am § 2 ch 121 SLA 1967; am § 1 ch 13 SLA 1971; am § 46 ch 32 SLA 1971; am § 6 ch 74 SLA 1974)

A. S. **28.35.040**, AK ST § **28.35.040**

Current through all 2004 Sessions, Annotations through Opinions Decided
as of September 17, 2004.

Copyright 2005, Alaska Statutes, 2005 by The State of Alaska and Matthew Bender

& Company, Inc. a member of the LexisNexis Group.

All Rights Reserved.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.