IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,   )
                            )
             Plaintiff,     )
                            )
       Vs.                  )
                            )
SHANNON PRINCE,             )
                            )
             Defendant.     )
_____)

Case No. A05-0117- CR (JWS)

ORDER SETTING HEARING ON
MOTION TO SUPPRESS PROCEEDS OF WARRANTLESS
ARREST AND SEARCH

Based upon the foregoing motion, the response of the United States and for good cause shown, it is hereby ordered than an evidentiary hearing on Prince's Motion to Suppress will be held on the __31st__ day of January, 2006 at __9:30 AM__ o'clock.

Dated at Anchorage, Alaska this __20th__ day of January, 2006.

By the Court

John D. Roberts
United States Magistrate Judge