John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )
        Vs.                          )
                                     )
SHANNON PRINCE,                      )
                                     )
                Defendant.           )
_____)

Case No. 3:05-cr-0117 (JWS)

MOTION TO CONTINUE TRIAL FOR 14-30
DAYS TO PERMIT ORDERLY COMPLETION OF LITIGATION
OF MOTION TO SUPPRESS AND POTENTIAL PLEA
NEGOTIATIONS

COMES NOW, Shannon Prince, defendant herein, by and through his

attorney, John M. Murtagh, and hereby moves this Court for the entry of an

order continuing the trial in this case from its presently scheduled date of

February 12, 2006 to a date 14-30 days later.

As noted in the memorandum in support of this motion,

(1) the motion to  suppress in this case was filed in a timely manner,

without obtaining any extensions

(2) the United States responded in a timely manner

(3) the evidentiary hearing was promptly set for January 31, 2006.

(4) the hearing had to be continued until February 2, 2006 due to the unavailability of the government's witness - an APD officer involved at the time of the hearing in the traffic events that ultimately led to the fatal accident on Lake Otis the morning of January 31, 2006.

(5) it is not reasonable or necessary to compress the decision making, objections, final District Court decision and plea negotiations, if required, into the few limited hours before the close of business on February 6th, when pretrial memos are due.

This motion is supported by the attached memorandum, affidavit of counsel and proposed order.

Dated at Anchorage, Alaska this 2nd day of February, 2006.

s/[John M. Murtagh]
John M. Murtagh
1101 West 7th Avenue
Anchorage, Alaska 99501
Phone: (907)-274-8664
Fax:(907)-258-6419
Email:jmmalaska@hotmail.com
Bar Number 7610119

CERTIFICATE OF SERVICE
I certify that on February 2, 2006 a copy
of the foregoing motion to suppress, affidavit
and proposed order were served electronically
on the Office of the United States Attorney

s/[John M. Murtagh]