John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. A05-0117- CR (JWS)

AFFIDAVIT IN SUPPORT
MOTION TO CONTINUE TRIAL

| | |
|---|---|
| State of Alaska | ) |
| | ) ss. |
| 3rd Judicial District | ) |

John M. Murtagh, being first duly sworn upon oath deposes and states

(1) I am counsel for Mr. Prince
(2) The factual representations in the foregoing motion are true and correct to the best of my knowledge.
(3) in addition to responsibilities in this case, since Mr. Prince's arraignment, I have had the following cases on my trial calendar
- U.S. v. Glade Lusk 3:05-cr-122 (RRB) set for trial on January 17th and resolved by change of plea on January 11th

- <u>State v. Dunham,</u> 3AN-S05-6759 Cr, an attempted murder trial set for January 23rd, and in a "trailing status"
- <u>State v. Gratrix</u> 3PA-S05-1458 Cr and 1464 Cr. These are two felony assault cases that were set for trial the week of January 30th and have been continued until February 12th.
- <u>State v. Mueller,</u> 3AN-S05-7714 Cr., a sexual assault case also set for February 12th.

(4) I believe I have exercised due diligence with regard to each of these matters, but his has impacted my ability to fully resolve any possible sentencing issues in Mr. Prince's case.

Further affiant saieth naught

_____
S/JOHN M. MURTAGH

Sworn to and subscribed before me
this 2nd day of February, 2006

_____
s/Angel Waalkes
Notary Public in and for Alaska
My commission expires: 6/25/09