John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. 3:05-cr-0117 (JWS)

MEMORANDUM
MOTION TO CONTINUE TRIAL FOR 14-30
DAYS TO PERMIT ORDERLY COMPLETION OF LITIGATION
OF MOTION TO SUPPRESS AND POTENTIAL PLEA
NEGOTIATIONS

COMES NOW, Shannon Prince, defendant herein, by and through his attorney, John M. Murtagh, and hereby provides this memorandum in support of the Motion for the entry of an order continuing the trial in this case from its presently scheduled date of February 12, 2006 to a date 14-30 days later.

Mr. Prince was arraigned on December 22, 2005. The trial was set for 52 days later.  Prince filed a timely motion to suppress evidence and the

United States responded in a timely manner. The resolution of this issue- a warrantless search- requires the taking and evaluation of testimony from the arresting officer. The hearing was set for January 31st. At the time counsel appeared for the hearing, they learned that the APD officer necessary for the hearing was on the scene of the traffic incident that led to a fatality on Lake Otis Boulevard in Anchorage. The officer was required to continue his professional duties at the scene and was, understandably, unavailable to testify.

The hearing has been continued until the afternoon of February 2nd. The following steps would then remain:

- the report and recommendation of the Magistrate Judge must be completed and distributed
- the parties would need an opportunity to review that and, if appropriate, file objections thereto
- the District Court would need to examine the report and recommendation and objections and issue a final order on the topic

At present, the parties must be concurrently preparing trial memoranda, jury instructions, and evaluating the potential for plea negotiations. Certain USSG criteria may be impacted by a resolution of the case after the trial memoranda stage. Nonetheless, Prince and the United States are certainly entitled to

incorporate this Court's decision on the Motion to Suppress into their case analysis.

A continuance is requested so that the parties may have an opportunity after the completion of pretrial litigation to evaluate their options and approach to the case. This is certainly a "no fault" request- it is simply the result of the calendar and the events of January 31, 2006.

**Excludable delay will result.** A 14 day continuance will place the case on the 66th day of the Speedy trial clock, even without a finding of excludable delay. There will be excludable delay as this request is related to a pretrial motion filed by the defendant. 18 USC 3161(a)(1)(h) and (8)(A)as this is a continuance requested by the defendant. Specifically 18 USC 3161(8)(B)(iv) permits this Court to grant a continuance if the failure to do so "would deny counsel for the defendant....the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

As noted in the attached affidavit of counsel, it has not been possible for him to "dual track" negotiations and a dispositive motion to suppress fully at the same time. Discussions with the government have taken place and information and legal research has been exchanged regarding the applicability of one or more specific statutes and discussions have been held, preliminarily, regarding possible issues under the United States Sentencing Guidelines.

Counsel has not been able to effectively work fully through all of the possible sentencing aspects nor fully confer with the United States while the focus has been on the motion to suppress.

A short continuance is appropriate to permit the parties to approach the issues fully prepared in a logical sequence.

Dated at Anchorage, Alaska this 2nd day of February, 2006.

                                                s/[John M. Murtagh]  
                                                John M. Murtagh  
                                                1101 West 7th Avenue  
                                                Anchorage, Alaska 99501  
                                                Phone: (907)-274-8664  
                                                Fax:(907)-258-6419  
                                                Email:jmmalaska@hotmail.com  
                                                Bar Number 7610119

CERTIFICATE OF SERVICE  
I certify that on February 2, 2006 a copy  
of the foregoing motion to suppress, affidavit  
and proposed order were served electronically  
on the Office of the United States Attorney

s/[John M. Murtagh]