John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. 3:05-cr-0117 (JWS)

NOTICE THAT
MOTION TO CONTINUE TRIAL FOR 14-30
DAYS TO PERMIT ORDERLY COMPLETION OF LITIGATION
OF MOTION TO SUPPRESS AND POTENTIAL PLEA
NEGOTIATIONS IS NON-OPPOSED BY THE UNITED STATES

COMES NOW, Shannon Prince, defendant herein, by and through his attorney, John M. Murtagh, and hereby provides this Court notice that the United States does not oppose the foregoing motion.

Undersigned counsel spoke with AUSA Frank Russo this morning after the motion was transmitted.  Mr. Russo informed defense counsel that the United States does not oppose the motion to continue and that counsel for

Mr. Prince may inform the Court in this manner.

Dated at Anchorage, Alaska this 2nd day of February, 2006.

        s/[John M. Murtagh]
        John M. Murtagh
        1101 West 7th Avenue
        Anchorage, Alaska 99501
        Phone: (907)-274-8664
        Fax:(907)-258-6419
        Email:jmmalaska@hotmail.com
        Bar Number 7610119

CERTIFICATE OF SERVICE
I certify that on February 2, 2006 a copy
of the foregoing motion to suppress, affidavit
and proposed order were served electronically
on the Office of the United States Attorney

s/[John M. Murtagh]