**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

**UNITED STATES OF AMERICA**          v.          **SHANNON PRINCE**

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cr-117-JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**          February 7, 2006

    Defendant's motion for a short continuance of the trial at docket 21 is not opposed. For good cause shown, the motion at docket 21 is **GRANTED** as follows: The final pre-trial conference is continued to **February 27, 2006,** at **8:30 AM**, and the trial is continued to **February 27, 2006,** at **9:00 AM.**

    The new trial date is within the time allowed by the Speedy Trial Act.