John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. 3:05-cr-0117 (JWS)

SECOND
MOTION TO CONTINUE TRIAL
TO PERMIT ORDERLY COMPLETION OF LITIGATION
OF MOTION TO SUPPRESS AND POTENTIAL PLEA
NEGOTIATIONS

COMES NOW, Shannon Prince, defendant herein, by and through his attorney, John M. Murtagh, and hereby moves this Court for the entry of an order continuing the trial in this case from its presently scheduled date of February 27, 2006 to a date 14-30 days later.

As previously noted,

(1) the motion to suppress in this case was filed in a timely manner,

without obtaining any extensions

(2) the United States responded in a timely manner

(3) the evidentiary hearing was promptly set for January 31, 2006.

(4) Prince provided timely objections to the recommendation of the Magistrate Judge on February 13, 2006.

(5) as of the time of the preparation of this pleading- 2:15 p.m. on the 22nd, Prince has not received any further decision from the Magistrate Judge.

This motion is supported by the attached memorandum and proposed order.

Dated at Anchorage, Alaska this 22nd day of February, 2006.

s/[John M. Murtagh]
John M. Murtagh
1101 West 7th Avenue
Anchorage, Alaska 99501
Phone: (907)-274-8664
Fax:(907)-258-6419
Email:jmmalaska@hotmail.com
Bar Number 7610119

CERTIFICATE OF SERVICE
I certify that on February 22, 2006 a copy
of the foregoing motion to suppress, affidavit
and proposed order were served electronically
on the Office of the United States Attorney

s/[John M. Murtagh]