IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |
| _____) | |

Case No. 3:05-cr-0117 (JWS)

*PROPOSED* ORDER GRANTING
SECOND
MOTION TO CONTINUE TRIAL

Based upon the foregoing pleading, the response of the United States and for good cause shown, it is hereby ordered that the Motion to Continue Trial is GRANTED.

The trial is continued from February 27, 2006 to the _____day of _____, 2006.

The interval between February 27, 2006 and the new trial date is an excludable interval under the Speedy Trial Act for the reasons checked below

_____ this delay results from the pending defense Motion to Suppress. 18 USC 3161(h)(1)(F)

_____a continuance is necessary in order to permit counsel for the defendant reasonable time for effective preparation. The Court finds that counsel has exercised due diligence in preparing this case. 18 USC 3161 (h)(8)(B(iv)

This Court finds that the ends of justice in granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The reasons are that both the public and defendant are better served by an orderly and thorough resolution of pretrial motions, and that the public and the defendant are better served by permitting an opportunity to evaluate a pretrial resolution after the motions are resolved.   This Court specifically finds that the short continuance granted meets those interests and the February 27, 2006 trial date would not.

Dated at Anchorage, Alaska this _____day of February, 2006

                              By the Court


                              _____
                              John W. Sedwick
                              U.S. District Judge