John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. 3:05-cr-0117 (JWS)

MEMORANDUM IN SUPPORT OF SECOND
MOTION TO CONTINUE TRIAL
TO PERMIT ORDERLY COMPLETION OF LITIGATION
OF MOTION TO SUPPRESS AND POTENTIAL PLEA
NEGOTIATIONS

COMES NOW, Shannon Prince, defendant herein, by and through his

attorney, John M. Murtagh, and hereby provides this memorandum in support

of the Motion  for the entry of an order continuing the trial in this case from

its presently scheduled date of February 27, 2006.

Mr. Prince was arraigned on December 22, 2005. The trial was set for

52 days later.  Prince filed a timely motion to suppress evidence and the

United States responded in a timely manner.  The resolution of this issue- a

warrantless search- required the taking and evaluation of testimony from the

arresting officer.  The hearing was set for January 31st. At the time counsel

appeared for the hearing, they learned that the APD officer necessary for the

hearing was on the scene of the traffic incident that led to a fatality on Lake

Otis Boulevard in Anchorage.  The officer was required to continue his

professional duties at the scene and was, understandably, unavailable to

testify.

The hearing was been continued until the afternoon of February 2nd.

The report and recommendation of the Magistrate Judge was completed and

distributed and Prince filed timely  objections thereto.

Prince has not received a further response from the Magistrate Judge.

At present, the parties must be concurrently preparing trial memoranda, jury

instructions, and evaluating the potential for plea negotiations. Certain USSG

criteria may be impacted by a resolution of the case after the trial memoranda

stage.  Nonetheless, Prince and the United States are certainly entitled to

incorporate this Court's decision on the Motion to Suppress into their case

analysis.

A continuance is requested so that the parties may have an opportunity

after the completion of pretrial litigation to evaluate their options and

approach to the case.

**Excludable delay will result.** A 4 day continuance will place the case

on the 70$^h$ day of the Speedy trial clock, even without a finding of excludable

delay. There will be excludable delay as this request is related to a pretrial

motion filed by the defendant. 18 USC 3161(a)(1)(h) and (8)(A)as this is a

continuance requested by the defendant. Specifically 18 USC 3161(8)(B)(iv)

permits this Court to grant a continuance if the failure to do so "would deny

counsel for the defendant....the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.

A short continuance is appropriate to permit the parties to approach the

issues fully prepared in a logical sequence.

Dated at Anchorage, Alaska this 22nd  day of February, 2006.

<div style="margin-left:40%">

s/[John M. Murtagh]
John M. Murtagh
1101 West 7th Avenue
Anchorage, Alaska 99501
Phone: (907)-274-8664
Fax:(907)-258-6419
Email:jmmalaska@hotmail.com
Bar Number 7610119

</div>

CERTIFICATE OF SERVICE
I certify that on February 22, 2006 a copy
of the foregoing motion  were served electronically
on the Office of the United States Attorney

s/[John M. Murtagh]