John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,            )
                                     )
                 Plaintiff,          )
                                     )
        Vs.                          )
                                     )
SHANNON PRINCE,                      )
                                     )
                 Defendant.          )
_____)

Case No. 3:05-cr-0117 (JWS)

MOTION FOR EXPEDITED CONSIDERATION OF
SECOND
MOTION TO CONTINUE TRIAL
TO PERMIT ORDERLY COMPLETION OF LITIGATION
OF MOTION TO SUPPRESS AND POTENTIAL PLEA
NEGOTIATIONS [ Docket 29 ]

COMES NOW, Shannon Prince, defendant herein, by and through his

attorney, John M. Murtagh, and hereby moves this Court for the entry of an

order granting expedited consideration of the foregoing pending motion.

Expedited consideration is necessary as the trial is scheduled for

February 27, 2006 and the present response date is later than that.

It may be appropriate to use the time set for the final pretrial conference in this case for either a status hearing or the time to decide the motion to continue.

This motion is supported by the attached proposed order.

Dated at Anchorage, Alaska this 23nd day of February, 2006.

s/[John M. Murtagh]
John M. Murtagh
1101 West 7th Avenue
Anchorage, Alaska 99501
Phone: (907)-274-8664
Fax:(907)-258-6419
Email:jmmalaska@hotmail.com
Bar Number 7610119

CERTIFICATE OF SERVICE
I certify that on February 23, 2006 a copy
of the foregoing motion to suppress, affidavit
and proposed order were served electronically
on the Office of the United States Attorney

s/[John M. Murtagh]