IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. 3:05-cr-0117 (JWS)

*PROPOSED* ORDER GRANTING
MOTION FOR EXPEDITED CONSIDERATION OF
SECOND
MOTION TO CONTINUE TRIAL
[ Docket 29 ]

Based upon the foregoing pleading, the Motion for Expedited Consideration is GRANTED.

The United States shall respond to the Motion to Continue by 12:00 ( noon) on February 24, 2006.

Dated at Anchorage, Alaska this _____ day of February, 2006.

By the Court

_____
John W. Sedwick
U.S. District Judge