## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

**UNITED STATES OF AMERICA**          v.          **SHANNON PRINCE**

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cr-117-JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**          February 7, 2006

The motion at docket 29 to continue trial is **GRANTED** for good cause shown. The final pre-trial conference is continued to **8:30 AM** and the trial by jury is continued to **9:00 AM** on **April 5, 2006.**

_____