John M. Murtagh
1101 West 7th
Anchorage, Alaska   99501
(907) 274-8664
Counsel for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| SHANNON PRINCE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. 3:05-cr-0117 (JWS)

NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, Shannon Prince, defendant herein, by and through his attorney, John M. Murtagh, and hereby gives notice of his intent to change his plea in this case.

There is no plea agreement, written or otherwise.

Counsel for Mr. Prince will be available the afternoon of Monday, April 3rd, and anytime on April 4th, as well as April 5th for the change of plea.

Dated at Anchorage, Alaska this 29th   day of March, 2006.

s/[John M. Murtagh]  
John M. Murtagh  
1101 West 7th Avenue  
Anchorage, Alaska 99501  
Phone: (907)-274-8664  
Fax:(907)-258-6419  
Email:jmmalaska@hotmail.com  
Bar Number 7610119

CERTIFICATE OF SERVICE
I certify that on March 29, 2006 a copy
of the foregoing notice was served electronically
on the Office of the United States Attorney

s/[John M. Murtagh]