## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  SHANNON PRINCE  </u>

THE HONORABLE JOHN W. SEDWICK

D<small>EPUTY</small> C<small>LERK</small>                              CASE NO.  <u>3:05-CR-00117-JWS</u>

<u> Pam Richter </u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**    DATE: March 30, 2006

      The above-referenced matter had been set on for a jury trial to commence on April 5, 2006, before Judge Sedwick at Anchorage, Alaska.  This matter is now RESCHEDULED for a proposed change of plea on Monday, April 3, 2006, at 9:00 a.m..

[]{IK2.WPD*Rev.12/96}