**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

   UNITED STATES OF AMERICA    v.   SHANNON PRINCE

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                CASE NO.  3:05-cr-00117-JWS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: March 30, 2006

      The proposed change of plea hearing previously scheduled set to begin at 9:00 a.m. on April 3, 2006, is hereby re-scheduled to commence at 3:00 p.m. on Monday, April 3, 2006, before the Honorable John W. Sedwick.

[]{IK2.WPD*Rev.12/96}