**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

   UNITED STATES OF AMERICA   v.   SHANNON PRINCE

THE HONORABLE JOHN W. SEDWICK   CASE NO.  3:05-cr-00117-JWS

   Deputy Clerk                Official Recorder

   Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

                  for DEFENDANT:   ----

PROCEEDINGS:  **ORDER FROM CHAMBERS**

      The Wednesday, April 5, 2006, final pre-trial conference and trial by jury are hereby VACATED.

DATE: April 3, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

[FORMS*IA*]