UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
 )
     Plaintiff(s), )
 )   Case No. 3:05-CR-00117-JWS
v. )
 )   **EXHIBIT INVENTORY AND**
SHANNON PRINCE, )   **DISPOSITION NOTICE**
 )
     Defendant(s). )
 )

    Plaintiff:   Frank Russo

    Defendant:   John Mutagh

exhibits listed below:

    1

    Returned to Frank Russo by (pick-up).

    DATED this 14th day of August, 2006 at Anchorage, Alaska.

    IDA ROMACK
    Clerk of Court

    by: _____
           Deputy Clerk

✓ Picked up by _____ 8.14.06
               (Signature and Date)

[EXHINVT.WPD 5/5/99]