IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>SHANNON PRINCE,<br><br>          Defendant. | Case No. 3:05-cr-00117-JWS<br><br><br>ORDER DIRECTING<br>SERVICE AND RESPONSE |

On March 27, 2008, Shannon Prince, through counsel, filed a motion for re-

sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with

respect to "crack" cocaine.[1]

**IT IS THEREFORE ORDERED that:**

---

[1] *See* Docket Nos. 49, 50; *see also  Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

1.      The Clerk shall ensure that the United States Attorney has been served with

        a copy of the motion for re-sentencing and supporting documents, at docket

        numbers 49 and 50.

2.      The Government is permitted to file a response within sixty days from the date

        of this Order.

3.      Counsel for Mr. Prince may file a reply within thirty days of the filing of the

        response.


        DATED this 7th day of April, 2008,  at Anchorage, Alaska.


                                        /s/ JOHN W. SEDWICK
                                        United States District Judge