NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  SHANNON PRINCE,  Defendant. | Case No. 3:05-cr-00117-JWS  UNOPPOSED MOTION TO CONTINUE DEADLINE TO FILE RESPONSE  <u>FILED ON SHORTENED TIME</u> |

COMES NOW, the United States of America, by and through undersigned counsel, and moves this Court to continue the deadline by sixty days for the United States to respond to the defendant's motion pursuant to 28 U.S.C. § 3582(c), filed at docket 49.

In order to respond fully to defendant's motion, undersigned counsel requires a full transcription of the sentencing proceeding. Currently, only a partial transcript is available at docket 45. After reviewing the defendant's motion, it was deemed necessary to obtain the entire transcript, as the defendant received a sentence below the Guidelines, which may affect his eligibility for a reduction. On June 5, an order was placed with the Clerk of Court for the transcription of the entire hearing. It is therefore requested that a sixty-day extension be granted to allow time for the transcription of the proceeding and for a response. The defendant will not be prejudiced by this motion, because, upon information and belief, he has not yet begun serving his 110 month federal sentence.

RESPECTFULLY SUBMITTED this 5th day of June, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

<u>Certificate of Service</u>

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on June 5, 2008, via ECF:

John Murtagh

Executed at Anchorage, Alaska, on June 5, 2008.

<u>s/Frank V. Russo</u>