IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANNON PRINCE,<br><br>Defendant. | ) Case No. 3:05-cr-00117-JWS<br>)<br>)<br>)<br>) [PROPOSED]<br>) **ORDER**<br>)<br>)<br>)<br>)<br>) |

Having considered the government's motion to continue deadline to file response, it is hereby ordered that the motion is GRANTED/DENIED.  The response is due by _____, 2008.

IT IS SO ORDERED.

DATED this ____ day of June, 2008, at Anchorage, Alaska.

_____
United States District Court Judge