IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:05-cr-00117-JWS |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| SHANNON PRINCE, | ) |
| Defendant. | ) |

Having considered the government's motion to continue deadline to file response, it is hereby ordered that the motion is GRANTED. The response is due by August 15, 2008.

IT IS SO ORDERED.

DATED this 5th day of June 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE