NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  3:05-cr-00117-JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | GOVERNMENT'S MOTION |
| ) | TO CONTINUE DEADLINE |
| ) | FOR RESPONSE TO |
| SHANNON PRINCE, ) | DEFENDANTS' MOTION TO |
| ) | REDUCE SENTENCE PURSUANT |
| ) | TO 18 U.S.C. § 3582 |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States of America, by and through its counsel, and moves this Court to continue the deadline for the United States response to defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582.  This motion is made because undersigned counsel has been out of the office

unexpectedly due to illness. According to the Bureau of Prison's website, the defendant, who received a 110 month sentence and was subject to a 60 month mandatory minimum, has not yet begun to serve his sentence in a federal facility. Accordingly, no prejudice will inure to the defendant by granting this continuance. Therefore, the United States requests two weeks to respond to the defendant's motion.

RESPECTFULLY SUBMITTED this  15th  day of August, 2008 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/ Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2008
a copy of the foregoing was served
electronically on: John Murtagh


s/ Frank Russo