IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-00117-JWS |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| SHANNON PRINCE, | ) ) ) | |
| Defendant. | ) ) | |

Having considered the motion filed by the United States to continue the deadline to file its motion response, IT IS HEREBY ORDERED that the United States may file its response to defendant's motion to reduce sentence on or before August 29, 2008.

**IT IS SO ORDERED**.

DATED this 18th of August 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE